## Frommer *v.* Simons & Greer, Inc., Appellant, et al.

 Before CIRILLO, J., without a jury. 

 Argued September 8, 1975. *Derek J. Reid,* with him *George C. Corson, Jr.,* and *Wright, Spencer, Manning & Sagendorph,* and *Eastburn and Gray,* for appellant; *David M. Jordan,* with him *Wisler, Pearlstine, Talone, Craig & Garrity,* for appellee.
Order affirmed.

## Ginsburg, Appellant, *v.* Folk.

 Before CAVANAUGH, J. 

 Argued September 12, 1975. *Allen L. Feingold,* submitted a brief for appellant; *E. J. McKechnie,* for appellee.
Judgment affirmed.

## Gochnauer Appliances, Inc. Appeal.

 Argued September 9, 1975. *William W. Stainton,* with him *Arnold, Bricker, Beyer & Barnes,* for appellant; *Jacques H. Geisenberger, Jr.,* with him *Geisenberger, Zimmerman, Pfannebecker & Gibbel,* for appellee.
Order affirmed.